*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5800-GHK (SSx) | Date | August 16, 2016 |
|---|---|---|---|
| Title | *David Amar v. REMITCO, LLC, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**     **(In Chambers) Order to Show Cause**

On October 19, 2015, we issued a scheduling order in the above-captioned matter, stating that "[t]he parties shall comply with Local Rule 16-15 by no later than April 29, 2016." [Dkt. 13.] This deadline was later extended to July 29, 2016. [*See* Dkt. 25.] Our scheduling order further provides that "[i]f the case settles, counsel shall notify the court clerk forthwith," and "[i]f the case does not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions." [Dkt. 13.] The only document filed after July 29, 2016 is a Joint Status Report, in which the Parties state that they "have not reached a settlement to date, and intend to continue attempts at a resolution informally," and that "[i]f necessary, the parties will seek the assistance from a mediator." [Dkt. 26.]

The July 29, 2016 deadline has passed and the Parties have presented no evidence that they have complied with Local Rule 16-15. The Parties have neither notified the court clerk that the case has settled nor filed a joint status report that the case has not settled. The August 12, 2016 Joint Status Report is insufficient in this regard, as it fails to state that the Parties have actually complied with Local Rule 16-15 as required by our Scheduling Order. Accordingly, the Parties are hereby **ORDERED to show cause**, in writing, within **10 days hereof**, why we should not issue appropriate sanctions for failure to comply with Local Rule 16-15 and our Scheduling Order. Failure to timely or adequately show cause as required herein shall be deemed the Parties' admission that sanctions are warranted.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Deputy Clerk | PS |