JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMAR,<br><br>           Plaintiff,<br><br>     vs.<br><br>REMITCO, LLC, et al.<br><br>           Defendants. | CASE NO. CV 15-5800 GHK (SSx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: September 29, 2016

GEORGE H. KING
United States District Judge